## BADCOCK v. STEADMAN.

A note cannot be an escrow delivered directly to the promisee.

WRIT OF ERROR to reverse a judgment of the County Court, in an action brought by Steadman against Badcock upon a note.

To which Badcock plead in bar — That he and the plaintiff were traders in company, and upon a settlement, it was agreed between them, that he should take all their company accounts and credits to himself, and collect them for his own use; and that he should give said Steadman therefor, the note on which, etc. and that the note on which, etc. was executed and delivered to said Steadman upon this express agreement and condition, viz. that the plaintiff should deliver to the defendant all the company papers and accounts, and that said note should not be of force, nor be operative as his note, until he should have time sufficient to collect said debts in order to pay it; and avers that he has not had sufficient time to collect said accounts and debts, etc.

To this plea in bar, the plaintiff demurred; and judgment was — That the plea is insufficient; and the judgment of the

County Court was affirmed upon the writ of error. For a parol condition cannot be set up to control a written security executed and delivered to the party himself.